IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: |
|
GREATHOUSE, BETTY LOUISE |
| Bankruptcy No. 05-16210
| Chapter 7
Debtor(s) |

## REPORT OF OUTSTANDING CHECKS

COMES NOW, D. Michael Case, Trustee of the above referenced bankruptcy estate, and reports that the following listed check(s) have been issued and mailed but were either undeliverable and returned or that more than ninety (90) days have elapsed and said checks were not presented to the depository:

| Check No. | Payee | Amount |
|---|---|---|
| 10106 | Worldwide Asset Purchasing LLC<br>C/o West Asset Management Inc<br>PO Box 672047<br>Marietta, GA 30006 | $1,541.46 |

Accompanying this Report is Check No. 10118 in the amount of $1,541.46 made payable to the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed funds.

```
UNITED STATES
BANKRUPTCY CT-KANSAS
        Wichita Division
# 00127890 - DD
  June 1, 2010    0

Code    Case #   Qty    Amount

UNCLAIM  05-16210        1,541.46 CH
  Debtor - GREATHOUSE


TOTAL#   1,541.46



FROM: D MICHAEL CASE
      900 GARVEY CENTER
      200 WEST DOUGLAS AVENUE
      WICHITA KS 67202
```

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

_____
D. Michael Case, #7491
900 Garvey Center
200 West Douglas Avenue
Wichita, KS 67202-3009
(316) 303-0100